In the Matter of the Judicial Settlement of the Account of Proceedings of MATILDA MILDENBERGER, as Administratrix of MINNA MILDENBERGER, Executrix of KARL MILDENBERGER, Deceased. MATILDA MILDENBERGER, as Administratrix, etc., Appellant; MARY MILDENBERGER, as Administratrix of HENRY W. MILDENBERGER, Deceased, Respondent; MORRIS W. WEINER, Special Guardian of MINNA MILDENBERGER, an Incompetent Person, Respondent.— Decree and

order unanimously affirmed, with costs to the respondent Mary Mildenberger, as administratrix, etc. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [173 Misc. 64.]